**Opinion issued December 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00909-CV

———————————

## IN RE TARA STURGEON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Tara Sturgeon, proceeding pro se, filed a petition for a writ of mandamus asserting that the trial court had abused its discretion by: (1) "not returning" relator's minor children to her custody; (2) "by entering the January 24, 2023 Temporary Order Following Adversary Hearing"; (3) terminating relator's visitation to her minor children after a July 20, 2023 hearing; and (4) failing to

provide relator with effective counsel.[1]  Relator requested that the Court "issue a writ of mandamus directing the [trial] court to restore constitutional protections of the family, [and to] return the children to their parents, immediately."

Our review of relator's mandamus petition reflects that relator has failed to establish that she is entitled to mandamus relief.  *See* TEX. R. APP. P. 52.3(k)(1)(A) (relator required to provide appendix which "must contain" certified or sworn copy of any "document showing the matter complained of"), 52.7(a) (relator "must file" record with mandamus petition containing "certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"), 52.8(a); *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992).  Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

---

[1]  The underlying case is *In the Interest of L.S., O.S., and A.S., Children*, Cause No. 2023-00153J, in the 314th District Court of Harris County, Texas, the Honorable Michelle Moore presiding.